IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMONDO LEWIS | No. CIV S-11-1726-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's petition for writ of habeas corpus and motion to proceed in forma pauperis, filed on June 27, 2011.

A review of the court's docket, however, reveals that petitioner has another open and active case, 11cv1444, wherein he filed a habeas petition challenging the same conviction on May 27, 2011. In that earlier filed case, petitioner was ordered to file a signed copy of his habeas corpus petition and in forma pauperis application. It appears that the signed copy of his petition and application was erroneously used to open a new case, instead of being filed in the active case.

/ / /

Accordingly, the Clerk of the Court is directed to take the petition and in forma pauperis application filed in this action and file it in petitioner's previous action, case CIV S-11-1444-KJN-P. This case shall then be closed as opened erroneously.

IT IS SO ORDERED.

DATED: July 12, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE